UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALMOND ENTERPRISES, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-3807 |
| | § | |
| TRAVELERS CASUALTY INSURANCE | § | JURY DEMANDED |
| COMPANY OF AMERICA | § | |
| | § | |

**Exhibit A**
**INDEX OF MATTERS BEING FILED**

In compliance with Local Rule 81, the following matters are filed with Defendant's Notice of Removal in the above-referenced action:

1. Notice of Removal, with the following exhibits attached:

    Exhibit A    Index of Matters Being Filed

    Exhibit B    List of All Counsel of Record and Parties Represented

    Exhibit C    Civil Docket Sheet in the State Court Action

    Exhibit D    Plaintiff's Original Petition, filed 7/25/19

    Exhibit E    Plaintiff's pre-suit letter dated August 10, 2018, with submitted claim documents totaling $67,876.67

1

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: /s/ Melinda R. Burke
    Melinda R. Burke
    E-Mail: burke@mdjwlaw.com
    State Bar No. 03403030
    Federal I.D.  425268
    9111 Cypress Waters Blvd., Suite 250
    Dallas, Texas 75019
    Telephone: (214) 420-5500
    Facsimile: (214) 420-5501

**ATTORNEY-IN-CHARGE FOR DEFENDANT TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to opposing counsel in accordance with the Federal Rules of Civil Procedure on October 3, 2019.

Jeffrey W. Gillespie
4625 San Felipe, Suite 1100
Houston, Texas 77027
Fax: (888) 389-8178
Email: jwgill@swbell.net

    /s/ Melinda R. Burke
    Melinda R. Burke