UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALMOND ENTERPRISES, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-3807 |
| | § | |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA | § § § | JURY DEMANDED |

**Exhibit B**
**LIST OF ALL COUNSEL OF RECORD AND PARTIES REPRESENTED**

Pursuant to Local Rule 81(6), Defendant Travelers Casualty Insurance Company of America attaches this List of All Counsel of Record and Parties Represented, and identifies the following:

1. Almond Enterprises, LLC is the Plaintiff.

   **Plaintiff is represented by:**
   Jeffrey W. Gillespie
   Texas Bar No. 07976200
   4625 San Felipe, Suite 1100
   Houston, Texas 77027
   Telephone: (713) 623-6700
   Fax: (888) 389-8178
   Email: jwgill@swbell.net

2. Travelers Casualty Insurance Company of America is the Defendant.

   **Defendant is represented by:**
   Melinda R. Burke
   State Bar No. 03403030
   Federal I.D.  425268
   MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
   9111 Cypress Waters Blvd., Suite 250
   Dallas, Texas 75019
   Telephone: (214) 420-5500
   Facsimile: (214) 420-5501
   Email: burke@mdjwlaw.com

The removed case is currently pending and is being removed from the 152nd Judicial District Court, Harris County, Texas located at 301 North Main, Suite 201, Conroe, Texas 77301. Plaintiff did not request a jury in the State Court Action. Defendant requests a jury in this removed action.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: */s/ Melinda R. Burke*
    Melinda R. Burke
    E-Mail: burke@mdjwlaw.com
    State Bar No. 03403030
    Federal I.D. 425268
    9111 Cypress Waters Blvd., Suite 250
    Dallas, Texas 75019
    Telephone: (214) 420-5500
    Facsimile: (214) 420-5501

**ATTORNEY-IN-CHARGE FOR DEFENDANT TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to opposing counsel in accordance with the Federal Rules of Civil Procedure on October 3, 2019.

Jeffrey W. Gillespie
4625 San Felipe, Suite 1100
Houston, Texas 77027
Fax: (888) 389-8178
Email: jwgill@swbell.net

*/s/ Melinda R. Burke*
Melinda R. Burke